# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**SAIDA FINDLEY,**

    Plaintiff,

**v.**                                        Case No: 8:22-cv-605-MSS-AEP

**BRITO ENTERPRISES OF TAMPA, INC.,**

    Defendant.

_____

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice. (Dkt. 23) The Parties state that Plaintiff has been paid in full and without compromise. (Id.) As the Parties' settlement did not compromise plaintiff's overtime compensation, the Court finds that a review of the settlement is not required for dismissal. See Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982).

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida this 8th day of August 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party